LYMAN A. STEVENS, Respondent, *v.* MARCELLUS ELECTRIC RAILROAD COMPANY, Appellant, and CHARLES GARVEY et al., Respondents.

*Stevens* v. *Marcellus Electric R. R. Co.,* 94 App. Div. 609, appeal dismissed.
(Argued November 15, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 11, 1904, which affirmed an order of Special Term requiring the defendants' attorney to pay into court and return certain sums illegally collected by him.

*M. F. Dillon* for appellant.

*William B. Crowley* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Taking no part: BARTLETT and VANN, JJ.